same in all material respects as that involved in *International Expediters, Inc., et al.* v. *United States* (38 Cust. Ct. 230, C.D. 1868), the claim of plaintiff was sustained.

BEFORE THE THIRD DIVISION, JULY 8, 1959

**No. 63246.—**Variety Costume, Inc. *v.* United States, protest 58/22335 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution and for failure to pay the increased duties due.

DONLON, J., and RICHARDSON, J., concurred, holding that the protest should be dismissed for lack of prosecution, without opinion as to the further ground of failure to pay certain duties.

**No. 63247.—**Golden's Pickle Works, Inc. *v.* United States, protests 58/24652 and 58/24662 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protests were dismissed for lack of prosecution and for failure to pay the increased duties due.

DONLON, J., and RICHARDSON, J., concurred, holding that the protest should be dismissed for lack of prosecution, without opinion as to the further ground of failure to pay certain duties.

**No. 63248.—**Sam Baker & David Brill Associated *v.* United States, protest 58/24653 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution and for failure to pay the increased duties due.

DONLON, J., and RICHARDSON, J., concurred, holding that the protest should be dismissed for lack of prosecution, without opinion as to the further ground of failure to pay certain duties.

**No. 63249.—**Intra-Mar Transport Corp. *v.* United States, protest 58/24656 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution and for failure to pay the increased duties due.

DONLON, J., and RICHARDSON, J., concurred, holding that the protest should be dismissed for lack of prosecution, without opinion as to the further ground of failure to pay certain duties.

**No. 63250.—**W. & T. Spyer, Inc. *v.* United States, protest 58/24661 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution and for failure to pay the increased duties due.